IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS VASQUEZ, DAVID GREENWOOD,
JAVIER SALAZAR, JULIAN LOPEZ and
ANTHONY RIACH,                                              JUDGMENT IN A CIVIL CASE

     Plaintiffs,                                              11-cv-806-bbc

v.

DANIEL BRAEMER, DONALD
STRAHOTA, WILLIAM POLLARD,
PAMELA ZANK and MICHAEL THURMER

     Defendants.

---

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants granting their motion summary judgment and dismissing this case .

| /s/ | 8/14/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |